IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **WILLIE JACKSON,** | ) | CASE NO. 8:08CV385 |
| **Plaintiff,** | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **SORENSEN, and Unknown Cohort of Omaha Police Officers,** | ) | |
| **Defendant.** | ) | |

This matter is before the court on its own motion. On August 25, 2008, the Clerk of the court sent correspondence to Plaintiff. (Filing Nos. 2 and 3.) However, on August 28, 2008, that correspondence was returned to the Clerk of the court as "undeliverable," and no forwarding address is available. (Filing No. 4.) Plaintiff has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Complaint (Filing No. 1) is dismissed without prejudice; and

2. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 14th day of November, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge